1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                                  EASTERN DISTRICT OF CALIFORNIA

10

11       SCOTT JOHNSON,                              No.  2:17-cv-02548-TLN-CKD

12                       Plaintiff,

13              v.                                   **ORDER**

14       CALPAK, LLC,

15                       Defendant.

16

17          GOOD CAUSE SHOWN, and pursuant to the agreement of the parties, Judgment is

18   entered in favor of Plaintiff Scott Johnson and against Defendant CALPAK, LLC in the amount

19   of $6,856.62.

20          IT IS SO ORDERED.

21   DATED:  October 2, 2020

22

23

24   _____

         Troy L. Nunley
25       United States District Judge

26

27

28

                                               1